# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

MICHAEL A. ALLEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2814

———————————————

May 22, 2026

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Michael A. Allen, pro se.

James Uthmeier, Attorney General, Tallahassee, and Taylor A. Schell, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, LABRIT, and GUARD, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.